**Reversed and Remanded in Part; Affirmed in Part and Memorandum Opinion filed January 19, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-11-00473-CV

————————

**JANIS KAY GILLEY, Appellant**

**V.**

**RICHARD A. GILLEY, Appellee**

---

### On Appeal from the 387th District Court
### Fort Bend County, Texas
### Trial Court Cause No. 10-DCV-180499

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 15, 2011. On January 6, 2012, the parties filed a joint motion to enforce a settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we reverse the division of property and remand only that portion of the judgment to the trial court for entry of a modified decree in accordance with the terms

of the parties' agreement.   The remainder of the trial court's judgment of April 15, 2011 is affirmed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Jamison.